UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CERTAIN UNDERWRITERS AT LLOYDS LONDON SUBSC ET AL** | **CASE NO. 2:21-CV-04049** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ONE LAKESIDE PLAZA L L C** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

The Fifth Circuit's recent ruling affirming the denial of the insurers' Motion to Compel Arbitration in related case *One Lakeside Plaza LLC v. Indian Harbor Insurance Co.*, 2026 WL 50022, at *1 (5th Cir. Jan. 7, 2026), is dispositive of the Complaint to Compel Arbitration and Stay Litigation [doc. 1] in this matter, which was brought by the same insurers and arises from the same commercial property insurance claim. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that this matter be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 19th day of February, 2026.

*/s/ James D. Cain, Jr.*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**